UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAFANG YANG,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. CV 5:26-6622-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting In Part and Denying in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that this action is closed.

DATED: November 24, 2026

/s/
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE